Michael William Flaherty, ~~sui juris~~ PRO SE MWF 01/19/2011
P. O. Box 1308
Kapaau, HI 96755-1308
Telephone: (808) 889-1004
Email: micflah@yahoo.com

FILED
JAN 19 2011
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Michael William Flaherty

Plaintiff,

vs.

PRESIDENT OF THE UNITED STATES, BARACK HUSSEIN OBAMA II UNITED STATES SECRETARY OF THE TREASURY, TIMOTHY FRANZ GEITHNER, ATTORNEY GENERAL OF THE UNITED STATES, ERIC HIMPTON HOLDER, JR.

Defendants,

Case: 1:11-cv-00124
Assigned To : Walton, Reggie B.
Assign. Date : 1/19/2011
Description: Admn Agency Review

JURY ACTION

**PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

MWF 01/19/2011

**PETITION FOR WRIT OF ~~HABEAS CORPUS AND~~ COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Petitioner Michael William Flaherty seeks the Great Writ. A citizen of the People's Democratic Republic of California, he acts on his own behalf. He is a civilian wrongly classified as an "enemy combatant" by the President of the United States, and is being held virtually *incommunicado* in military custody in a virtual commercial debtors prison, whereabouts unknown. His detention is without lawful basis, without charge, without access to counsel and without



1

being afforded any fair process by which he might challenge his commercial debtor detention. Petitioner is being held under color and authority of the Executive, and in violation of the Constitution, laws and treaties of the United States as well as in violation of customary international law. Accordingly, this Court should issue a Writ of Habeas Corpus compelling Respondents either to release Petitioner Michael William Flaherty's commercial entity or to establish in this Court a lawful basis for Petitioner Michael William Flaherty's detention. This Court should also order injunctive and declaratory relief.

Petitioner Michael William Flaherty brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief to enforce his right to prompt disclosure of government agency records. Plaintiff seeks the release of records requested from the Internal Revenue Service, Department of Homeland Security, Department of Justice, Department of Treasury, Central Intelligence Agency, and Office of the Director of National Intelligence (collectively "Defendants") concerning the appellation of "Tax Protestor" as investigative, surveillance, and data collection tools.

## I.
## JURISDICTION

1. Respondents are detaining Petitioner "under or by color of the authority of the United States" and "in violation of the Constitution or laws or treaties of the United States."

Petitioner brings this action under 28 U.S.C. §§ 2241(a), (c)(1) and (c)(3) and 2242. Petitioner further invokes this Court's jurisdiction under 28 U.S.C. §§ 1331, 1350, 1651, 2201, and 2202; 5 U.S.C. § 702; Articles I and II of, and the Fifth, Sixth, and Eighth Amendments to, the United States Constitution. Because he seeks declaratory relief, Petitioner also relies on Fed. R. Civ. P. 57.

2. This Court is further empowered to declare the rights and other legal relations of the parties herein by 28 U.S.C. § 2201, and to effectuate and enforce declaratory relief by all necessary and proper means by 28 U.S.C. § 2202, as this case involves an actual controversy within the Court's jurisdiction, and to issue all writs necessary or appropriate in aid of its jurisdiction by 28 U.S.C. § 1651.

3. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552(a)(6)(C)(i). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

4. Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## II.
## PARTIES

5. Petitioner is a natural born citizen of the People's Democratic Republic of California, with his domicile in

Hawaii. He is presently incarcerated at a virtual commercial debtors prison, whereabouts unknown, and held in Respondents' unlawful custody and control.

6. Respondent, BARACK HUSSEIN OBAMA II is the President of the United States and Commander-in-Chief of the United States Military. Petitioner Michael William Flaherty is being detained pursuant to President Obama's authority as Commander-in-Chief and under the laws and usages of war or, alternatively, pursuant to the some unknown commercial contract evidence of which has never been produced. President Obama is responsible for Petitioner Michael William Flaherty unlawful commercial detention and is sued in his official capacity.

7. Respondent, TIMOTHY FRANZ GEITHNER is the United States' Secretary of the Treasury. Pursuant to either the Executive Order or the President's authority as Commander-in-Chief and under the laws and usages of war, Respondent GEITHNER has been charged with maintaining the custody and control of Petitioner Michael William Flaherty. He is sued in his official capacity.

8. Respondent Department of the Treasury is a Department of the Executive Branch of the United States Government. The Department of the Treasury is an "agency" within the meaning of 5 U.S.C. §552(f)(1). The Internal Revenue Service ("IRS")

is a component of the Department of the Treasury.

9. Respondent Department of Justice ("DOJ") is a Department of the Executive Branch of the United States Government. DOJ is an "agency" within the meaning of 5 U.S.C. §552(f)(1). The Federal Bureau of Investigation ("FBI"), Drug Enforcement Agency ("DEA"), Criminal Division, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and Executive Office of U.S. Attorneys ("EOUSA") are components of Defendant DOJ.

10. Respondent ATTORNEY GENERAL OF THE UNITED STATES, ERIC HIMPTON HOLDER, JR. is the Commander of the "Virtual Joint Detention Operations Debt Prison For Tax Protestors Group" and the other virtual "Commercial Debtors Prisons" detention camps, including the U.S. facility where Petitioner Michael William Flaherty's "entity" in commerce is presently held. He is the immediate custodian responsible for Petitioner Michael William Flaherty detention and is sued in his official capacity.

11. Respondent Attorney General Mark Bennet has alleged fiduciary/trust agreement with the Internal Revenue Service for the detainer of MICHAEL WILLIAM FLAHERTY. He has supervisory responsibility UNDER Title 8 Hawaii Revised Statutes for Petitioner Michael William Flaherty and is sued in his official capacity.

12. Respondent Revenue Officer Alan S. Ochiae has made false claims "under or by color of the authority of the United

States" and "in violation of the Constitution or laws or treaties of the United States." He is the immediate custodian responsible for Petitioner MICHAEL WILLIAM FLAHERTY's detention and is sued in his official capacity.

## III.

## FACTUAL ALLEGATIONS

13. Through Four separate and distinct FOIA Requests, Petitioner Michael William Flaherty has requested information concerning the government's claims of an assessment within the meaning of 5 U.S.C. § 552 beginning on May 30, 2005.

14. Despite these repeated requests to these offices, no procedurally correct, signed assessment was ever produced from the Disclosure Offices in either Fresno, CA nor San Niguel, CA.

15. Plaintiff's third FOIA Request to the IRS Disclosure Office in San Niguel, CA. dated the 15th day of December, 2008 failed to produce the requested documents.

16. This office's failure to respond in a timely manner, based on the response date of January 26, 2010, indicates Plaintiff has exhausted his "Administrative Remedies" in search of alleged Official Government Records within the meaning of 5 U.S.C. § 552.

17. IRS Disclosure Manager, Dorsey Kozarovich stated she could find no documents specifically responsive to Plaintiff's request for "any document in my Individual master File with a

n Assessment Officer's signature and date on it for the years 1999, 200 and 2001."

18. The Plaintiff meaningfully participated in the disclosure of relevant facts (per the Tax Reform Act of 1998 as codified in 26 U.S.C. 7491) in his efforts to resolve this controversy without the courts intervention nine days shy of one year.

19. Plaintiff tendered his Discovery Requests to the US Attorneys on October 20, 2009.

20. Respondent submitted their response to Plaintiff's Discovery Requests on November 30, 2009.

21. Respondent failed to answer all twenty five Requests for Admissions.

22. Respondent failed to answer twelve of thirteen Interrogatories.

23. Respondent answered few Requests for Documents.

24. Plaintiff never received any evidence of a procedurally correct assessment, signed and dated by an Assessment Officer for any of the years claimed by the US Attorneys in their Complaint despite repeated requests.

25. Plaintiff has received a "ORDER AND DECREE OF FORECLOSURE" dated November 23, 2010 denying due process by refusing to allow the Plaintiff to take Depositions and cross examine material witnesses.

26. This Order is the result of a "COMPLAINT TO REDUCE FEDERAL

INCOME TAX ASSESSMENTS TO JUDGEMENT AND TO FORECLOSE FEDERAL TAX LIENS ON REAL PROPERTY" dated October 23, 2008.

27. Respondents, United States of America, filed a complaint[1] making several unsupported allegations. Such COMPLAINT makes several erroneous allegations which are not supported by FACTS.

28. This civil action claims to have been brought "at the direction of the Attorney General of the United States, with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury."

29. The Complaint further states:"on various dates a delegate of the Secretary of the Treasury made assessments... proper notice and demand was made... there is due and owing one million sixty four thousand eight hundred forty six and eight cents ($ 1,064,846.08) plus statutory interest and other additions running from October 27, 2008".

30. Respondent alleged Plaintiff is a "Tax-Protestor" without any evidence of same, in violation of the meaning of the Tax reform Act of 1998.

31. Upon information and belief, Petitioner Michael William Flaherty is not, nor has he ever been, an enemy alien, lawful or unlawful belligerent, or combatant of any kind under any

---

[1] See: gov.uscourts.hid.82961.1.0

definition adopted by the government in any civil or military proceedings.

32. Petitioner Michael William Flaherty seeks to enforce his right to a judicial determination of the lawfulness of his "commercial debtor" detention.

33. Upon information and belief, at the time of his seizure and detention, Petitioner Michael William Flaherty has not nor was not a member of any anti-Government's armed forces or Militia Prior to his detention, he did not commit any violent act against any American person or property. He had no involvement, direct or indirect, in either the terrorist attacks on the United States on September 11, 2001, the ensuing armed conflict, or any act of international terrorism attributed by the United States any other terrorist group. He remains incarcerated at a U.S. virtual commercial debtors prison, whereabouts unknown, in a territory over which the United States exercises exclusive jurisdiction and control.

34. Petitioner has not been afforded any procedures that satisfy his rights under the most fundamental common law notions of due process, the U.S. Constitution, the laws and treaties of the United States, or customary international law.

35. In the wake of the of a misplaced perception of the duties of the Petitioner to file Information Returns (Form 1040) for the years 1999, 2000 and 2001 a rogue agent, purporting to act on

the authority of the United States, filed fraudulent commercial claims of a judgment lien in Admiralty on the commercial entity MICHAEL WILLIAM FLAHERTY within the Boundaries of the State of Hawaii and failed to produce any evidence of same despite repeated FOIA Requests and several lawful Formal Requests for evidence within the meaning of due process.

36. Plaintiff has identified IDRS Transaction Records indicating the employee numbers of IRS Employees accessing Plaintiff's Official records and made "adjustments" resulting in spurious "tax liabilities". Defendant has refused to provide the names of these individuals for the purposes of Deposition.

37. As Petitioner Michael William Flaherty did not participate in the armed conflict at any point in time, he is not properly detained pursuant to President Obama's authority as Commander in-Chief, under the laws and usages of war, or any Joint Resolution.

Dated this ~~18th~~ 19th day of ~~October~~, 2011

By [signature]

Michael William Flaherty, ~~sui juris~~ PRO SE MWF 01/19/2011
P. O. Box 1308
Kapaau, HI 96755-1308
Telephone: (808) 889-1004
Email: micflah@yahoo.com